ERNEST G. RANDAL, complainant-respondent,

*v.*

HILLSIDE PLEASURE PARK COMPANY et al., defendants-appellants.

[Argued March term, 1919.  Decided June 20th, 1919.]

On appeal from a decree of the court of chancery.

*Mr. Henry L. Grosken,* for the appellants.

*Mr. Arthur T. Vanderbilt,* for the respondent.

PER CURIAM.

The questions raised on the appeal in this case are identical with those reviewed and decided in *Hedden* v. *Hand,* No. 24 of the March term, 1919 (see *ante p. 535*), and for the reasons given in the opinion in that case, the order of the court of chancery is reversed.

*For affirmance*—WHITE—1.

*For reversal*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, HEPPENHEIMER, TAYLOR, GARDNER—10.